IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES GREGORY BLOUNT,<br><br>    Petitioner<br><br>  VS.<br><br>WILLIAM TERRY,<br><br>    Respondent | NO. 5:05-CV-185 (CAR)<br><br>PROCEEDINGS UNDER 28 U.S.C. §2254<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## RECOMMENDATION TO DISMISS

On March 30, 2009, petitioner JAMES GREGORY BLOUNT was ordered to SHOW CAUSE why his case should not be dismissed on account of his failure to prosecute the action. Tab #31. Petitioner BLOUNT was given ten days following receipt of the order to respond. Therein, petitioner was also advised that under the procedures and policies of this court, failing to file a response would result in a recommendation of dismissal. The order was sent to petitioner's last known address and has not been returned.

To date, petitioner has failed to file a response. Consequently, it is the opinion of the undersigned that petitioner BLOUNT has abandoned his petition. As such, **IT IS RECOMMENDED** that the above captioned petition be **DISMISSED**. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 27TH day of APRIL, 2009.



                CLAUDE W. HICKS, JR.
                UNITED STATES MAGISTRATE JUDGE