THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JAMES GREGORY BLOUNT,** | : | |
| Petitioner, | : | |
| vs. | : | 5:05-CV-185 (CAR) |
| **WILLIAM TERRY, Warden,** | : | |
| Respondent. | : | |

*ORDER ON RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Recommendation of the United States Magistrate Judge that this case be dismissed for Petitioner's failure to prosecute. A review of the record shows that Petitioner's last contact with the Court was in a Notice of Change of Address filed on November 9, 2005 (Doc. 25). The last activity by any party in the case was the filing of Respondent's Answer and Response to the Petition for Writ of Habeas Corpus on February 15, 2007 (Doc. 30). On March 30, 2009, the Magistrate Judge issued an order directing Petitioner to show cause why his petition should not be dismissed, which was mailed to Petitioner at the last address provided (Doc. 31). Petitioner did not respond to the Order. On April 27, 2009, the Magistrate Judge issued his recommendation that the petition be dismissed. The Recommendation was returned as undeliverable, and Petitioner has entered no objection to the Recommendation.

**WHEREFORE**, it appearing that the Petitioner has abandoned his petition, the Recommendation of the United States Magistrate Judge (Doc. 32) is **ADOPTED AND MADE**

**THE ORDER OF THE COURT**.  It is hereby ordered that this case shall be **DISMISSED**, with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

  **SO ORDERED**, this 8th day of June, 2008.

            S/ C. Ashley Royal
            C. ASHLEY ROYAL
            UNITED STATES DISTRICT JUDGE

chw